M.D. Appeal Dkt.

**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: J.M.G., A MINOR | : | No. 550 MAL 2018 |
| | : | |
| | : | |
| PETITION OF: J.M.G. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |

**ORDER**

**PER CURIAM**

  **AND NOW**, this 13th day of February, 2019, the Petition for Allowance of Appeal

is **GRANTED**. The issue, as stated by Petitioner, is:

  Where the trial court violates the psychiatrist/patient privilege of a minor who had previously been placed in a juvenile delinquency facility and ordered to participate in ongoing mental health treatment, and where the trial court allowed, over objection, statements made by the juvenile to his psychiatrist and/or psychologist to be provided to the Sexual Offender Assessment Board (SOAB) pursuant to an Act 21 civil commitment procedure, is the violation harmless error?